IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:08-cv-00082-MP-AK

1997 FORD F 150 4X4,

    Defendant.

_____/

## O R D E R

A telephone status conference was held in this case on August 29, 2008. During the conference, counsel for Ms. Quintana, counsel for Mr. Erickson, and counsel for the government agreed to stay this case pending resolution of the associated criminal case, 1-08-cr-00010-SPM-AK. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

This matter is stayed until further order of the Court.

**DONE AND ORDERED** this  *3rd*   day of September, 2008

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge